ANTHONY J. ORSHANSKY (199364)
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN (240601)
alexandria@counselonegroup.com
JUSTIN KACHADOORIAN (260356)
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Blvd., Ste. 650
Beverly Hills, CA 90210
T: (310) 277-9945
P: (424) 277-3727

Attorneys for Plaintiff,
JAKE MCCOOK, on behalf of himself
And all other similarly situated


ROBERT D. PRINE (312432)
robert.prine@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA  92101
Ph: 619-400-0500
Fx: 619-400-0501

Attorneys for Defendant
The Kroger Co. an Ohio corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE MCCOOK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>THE KROGER CO., an Ohio Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 5:22-cv-01030-DSF-SP<br><br>**JOINT NOTICE OF SETTLEMENT OF CASE AND REQUEST TO VACATE SCHEDULING CONFERENCE**<br><br>Judge: Hon. Dale S. Fischer<br><br>Complaint filed:  April 29, 2022<br>Trial date:  Not Yet Assigned |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement agreement that will resolve Plaintiff's operative Complaint against Defendant. The Parties are currently finalizing a settlement agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of the date of this Notice. In the meantime, the Parties request that the Court vacate the scheduling conference currently scheduled for September 12, 2022, and set the deadline for the parties to file a Rule 41 dismissal or joint status report within 45 days.

Respectfully submitted,

Dated: August 29, 2022　　　DINSMORE & SHOHL LLP

By: */s/ Robert D. Prine*
Robert D. Prine
Attorney(s) for Defendant
THE KROGER CO.

Dated: August 29, 2022　　　COUNSELONE, P.C.

By: */s/ Justin Kachadoorian*
Justin Kachadoorian
Attorney(s) for Plaintiff,
JAKE MCCOOK,
on behalf of himself
and all others similarly situated

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Joint Notice of Settlement is submitted, concur in and have authorized the filing of this Joint Notice of Settlement.

                /s/ *Robert D. Prine*
                Robert D. Prine

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 29, 2022, a true copy of JOINT NOTICE OF SETTLEMENT OF CASE AND REQUEST TO VACATE SCHEDULING CONFERENCE was served by electronic mail upon all registered CM/ECF users upon all non-registered CM/ECF users in this case as indicated below:

Anthony J. Orshansky
Alexandria R. Kachadoorian
Justin Kachadoorian
Counselone, P.C.
9301 Wilshire Blvd., Ste. 650
Beverly Hills, CA 90210
T: (310) 277-9945
E: anthony@counselonegroup.com
alexandria@counselonegroup.com
justin@counselonegroup.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                                                   */s/ Robert D. Prine*
                                                                    Robert D. Prine